**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **NEOCHLORIS HOLDING LLC,** | ) | |
| | ) | **Civ. No. 4:25-CV-4190** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CEMVITA FACTORY INC., and** | ) | |
| **GOLD H2, INC.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) | |

_____

## COMPLAINT

_____

Plaintiff, NeoChloris Holding LLC ("Plaintiff" or "NeoChloris") alleges as follows against Defendant Cemvita Factory Inc. ("Cemvita") and Defendant Gold H2, Inc. ("Gold H2") (collectively "Defendants") as follows:

### NATURE OF THE ACTION

This Complaint asserts a claim for patent infringement that arises under the patent laws of the United States, Title 35 of the United States Code and is brought with respect to Defendants infringement of United States Patent No. 10,179,895 issued on January 15, 2019, titled "Device for Fuel and Chemical Production from Biomass-Sequestered Carbon Dioxide and Method Therefor" owned by Plaintiff ("the '895 Patent" or the "NeoChloris Patent" or "the Patent-in-Suit").  All allegations are made on information and belief, unless otherwise stated.

**THE PARTIES**

1.     NeoChloris, is an Illinois limited liability company with its principal place of business at 155 N. Harbor Dr., Suite 4203, Chicago, IL 60601.

2.     NeoChloris is in the business of owning and developing intellectual property, managing intellectual property, and fostering business arrangements related to the development of devices and methods for sequestration of carbon dioxide, as well as converting the sequestered carbon to useful materials such as fuel and chemical products.

3.     NeoChloris owns United States Patent No. 10,179,895, issued on January 15, 2019, titled "Device for Fuel and Chemical Production from Biomass-Sequestered Carbon Dioxide and Method Therefor."

4.     Cemvita provides a process called the Cemvita Subsurface Carbon Sequestering/Utilization Process ("Subsurface Carbon Sequestering/Utilization Process") that infringes at least one claim of the '895 Patent.  Cemvita's key verticals include carbon-negative biomanufacturing, also called carbon capture and utilization (CCU), biomining, and subsurface biomanufacturing.

5.     Gold H2 provides a product/process called the Cemvita Gold Hydrogen process ("Gold Hydrogen") that infringes at least one claim of the '895 Patent.

**JURISDICTION AND VENUE**

6.     NeoChloris' claims for patent infringement against Cemvita arise under the patent laws of the United States, including 35 U.S.C. §§ 271 and 281.  This Court has original subject matter jurisdiction under 28 U.S.C. §1331 and 1338(a).

7.     NeoChloris is an Illinois Limited Liability Company located at 155 Harbor Dr. Suite 4203, Chicago, IL 60601.

- 2 -

8.     Cemvita is conducting business and infringing the NeoChloris Patent in this District and elsewhere in the United States.  Cemvita applies synthetic biology to decarbonize and reduce the environmental footprint of heavy industries in three ways: capturing $CO_2$ or methane for use as feedstock, reducing emissions from energy-intensive chemical reactions, and replacing processes that use harmful chemicals.

9.      Cemvita is a Delaware corporation with its principal place of business in this District at 9350 Kirby Dr., Suite 100, Houston, Texas 77054.

10.     Cemvita develops microbial solutions for the reuse of $CO_2$ in heavy industries.  It uses engineered microbes to transform carbon dioxide and other waste products into valuable compounds.

11.     Cemvita works to enable a sustainable, circular carbon economy, helping industries to reduce emissions while unlocking new economic opportunities.  The Gold Hydrogen and Subsurface Carbon Sequestration/Utilization processes convert "wastes" and $CO_2$ into valuable products through bioengineered microbes.

12.     Cemvita's patent-pending bioprocess optimization significantly reduces the land and water footprints to produce highly efficient microbes capable of accumulating up to 80% oils in the biomass.

13.     Cemvita has conducted business in the Southern District of Texas and the State of Texas.

14.     The subsurface carbon sequestration/utilization equipment, systems, and processes accused of infringement of the '895 Patent operate in this judicial district and elsewhere in the United States.  Cemvita has committed acts of patent infringement within Texas - and elsewhere in the United States, giving rise to this action.

- 3 -

15.     Cemvita has minimum contact with the forum such that the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice.

16.     Gold H2 is conducting business and infringing the NeoChloris Patent in this District and elsewhere in the United States.

17.     Defendant, Gold H2, Inc. is a Delaware corporation with its principal place of business in this District at 16115 Park Row, Suite 190, Houston, TX 77084.

18.     Gold H2 is an affiliate company of Cemvita.  Cemvita is the parent company of Gold H2.

19.     Gold H2 is a clean energy company in the business of developing hydrogen production by utilizing subsurface biotechnology to convert depleted oil reservoirs into sustainable hydrogen sources.

20.     Gold H2 works to facilitate biotechnology being dispersed into uneconomic oil reservoirs using existing water injection infrastructure.  The Gold H2 process involves pumping water, nutrients, and microbes into the oil reservoir and imparting pressure in the well.  The process creates a hydrogen-rich mixed stream, which is produced through existing production wells. Hydrogen can be delivered as clean molecules or clean electrons.

21.     The Gold Hydrogen processes transform depleted oil reservoirs into subsurface hydrogen biorefineries, thereby transforming "wastes" and $CO_2$ into valuable products through bioengineered microbes.

22.     Gold H2 has conducted business in the State of Texas.

23.     The Gold Hydrogen equipment, systems and processes accused of infringement of the '895 Patent operates in this judicial District.  Gold H2 has committed patent infringement within Texas, giving rise to this action.

24.    Gold H2 has minimum contacts with the forum such that the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice.

25.    This Court has personal jurisdiction over Defendants because they transact business within this district at least by making, using, offering to sell, and/or selling, the Gold Hydrogen process and the Subsurface Carbon Sequestering/Utilization Process in Texas and in this judicial District.  Defendants have purposefully availed themselves of the privileges of conducting business within this judicial District and have established minimum contracts with the State of Texas to the extent it should reasonably and fairly anticipate being sued in court in Texas.

26.    Cemvita has a regular and established place of business in this judicial District.

27.    Gold H2 has a regular and established place of business in this judicial District.

28.    Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400(b).

## THE PATENT-IN-SUIT

29.    NeoChloris owns and has standing to enforce United States Patent No. 10,179,895, issued on January 15, 2019, titled "Device for Fuel and Chemical Production from Biomass-Sequestered Carbon Dioxide and Method Therefor."  (Exhibit A).

30.    The NeoChloris Patent relates to a system, device, and method of removal and sequestration of $CO_2$ from the atmosphere, flue gases and effluent of industrial facilities, such as but not limited to power plants, landfills, ethanol plants, chemical plants, and the like, by propagation of carbon-sequestering organisms, such as photosynthetic algae, cyanobacteria and the like that require light energy, nutrients, water and $CO_2$ to grow organic mass, such as biomass, and/or heterotrophic microorganisms that use chemical carbon, chemical or light energy, nutrients and water to grow organic biomass.

31.    The invention includes a unique process for carbon sequestration and anaerobic digestion of biomass to generate methane or other byproducts.  Specifically, the invention relates to a method for sequestration of $CO_2$, as well as converting the sequestered carbon to useful materials, such as fuels and chemical products.

32.    The inventors of the NeoChloris Patent are Prasad Kodukula ("Dr. Kodukula") and Charles Stack ("Mr. Stack).  Both Dr. Kodukula and Mr. Stack have worked in carbon mitigation, bioenergy, and water purification systems for over thirty years.

33.    The NeoChloris '895 Patent describes the benefits of the removal, sequestration, and utilization of $CO_2$ from the atmosphere, flue gases, and industrial facilities:

The device includes an apparatus for providing a source of carbon; a first processing chamber that is configured and arranged to receive water, the carbon and a biomass, wherein the biomass metabolizes at least a portion of the carbon so as to produce additional biomass; and a second processing chamber that is in fluid flow communication with the first processing chamber, and is configured and arranged for substantial anaerobic digestion at least a portion of the biomass while in the second chamber, such that methane is a digestion product.

***

In a second embodiment, a deep well bioreactor is provided for production of methane from carbon dioxide. In this embodiment, the device includes an anaerobic digester, including an elongated outer shaft having upper and lower ends; an elongated middle shaft generally coaxially located within the outer shaft, and having upper and lower ends, wherein the lower end of the middle shaft is in fluid flow communication with the lower end of the outer shaft; a methane collection apparatus in flow communication with upper end of the outer shaft; a plurality of methanogenic microorganisms located within the middle and outer shafts, for substantial anaerobic digestion of a carbon-sequestering biomass, whereby methane is a digestion product; and a biomass incubator generally coaxially located within the middle shaft of the anaerobic digester

***

In a fifth embodiment, a method for producing a product from a carbon-sequestering biomass in a deep well bioreactor is provided, including the steps of providing a source of carbon; incubating the source of carbon with a biomass,

wherein the biomass metabolizes at least a portion of the carbon of the carbon source so as to produce additional biomass; and subjecting at least a portion of the biomass to physical-chemical treatment, so as to produce a product selected from the group consisting of a fermentation substrate, a biopolymer, a bioplastic, an oil, a pigment, biochar, metals, such as mercury, chromium and arsenic, a fiber, a protein, a vitamin, a fertilizer and an animal feed.

34.     In some embodiments, the carbon source is $CO_2$, while in others the carbon source is chemical carbon such as organic chemicals, waste, and the like.

35.     An embodiment of the bioreactor for carbon sequestration and methane production of the NeoChloris '895 Patent is set forth in one of the drawings:



36.     Likewise, FIG. 3 of the '895 Patent is a flow diagram of an embodiment of the input and output of the carbon sequestration/utilization in the bioreactor of the claimed invention:



Fig. 3.

37.    The disclosure of the '895 Patent describes the method for carbon-sequestering and anaerobically digesting various types of material:

> In some embodiments, the carbon-sequestering biomass incubator 102, such as the first processing chamber or first reactor 102 is a photo bioreactor, such as for the incubation, growth and/or expansion of a photosynthetic carbon-sequestering organism, such as an algae or cyanobacterium, or optionally a photosynthetic heterotroph. A variety of algae and cyanobacterium known in the art can be used. Such as described herein. In a further embodiment, the carbon sequestering biomass incubator 102 includes a light source 124, discussed in greater detail below, and is configured and arranged to receive one or more influents. Influents received by the first chamber include at least one of, but not limited to, water 130 ($H_2O$), nutrients 132, and a source of carbon, such as but not limited to $CO_2$ dissolved in water by an apparatus 120 configured therefore, Such as a $CO_2$ source apparatus, $CO_2$ inlet apparatus. In a further embodiment, the carbon-sequestering biomass incubator 102 subjects the photosynthetic, carbon-sequestering biomass therein to increased pressure. Such as a pressure greater than atmospheric pressure at ground level, in the presence of light 124.

38.    The advantages of the treatment method of the NeoChloris Patent provide for a carbon-sequestering biomass generated because of carbon sequestration and to anaerobically digest the biomass to generate methane (CH4):

FIG. 3 illustrates a method of using the device of the illustrated embodiments, namely a method for producing useful chemicals and methane from a carbon Source Such as $CO_2$ or chemical carbon. adjust the length of cut as desired. In general, a device 1 of the illustrated embodiments is provided. Such as is shown in FIGS. 1 and 2. This includes providing a plurality of methanogenic microorganisms 172 located in an anaerobic digester 104 and providing a carbon-sequestering biomass located in an incubator, such as carbon-sequestering biomass incubator 102, that is located coaxially within the anaerobic digester 104, wherein the incubator 102 is in fluid flow communication with the anaerobic digester 104. In some embodiments, the plurality of methanogenic microorganisms 172 provided is selected from the group consisting of Methanosarcina spp and Methanothrix spp. In some embodiments, the plurality of photosynthetic microorganisms provided is selected from the group consisting of algae and cyanobacteria. It is foreseen that the carbon sequestration and anaerobic digestion of sequestered biomass can also be achieved in above-ground high pressure reactors simulating deep well reactor conditions. It is foreseen that the carbon sequestration and anaerobic digestion of the sequestered biomass can also be achieved in horizontal deep tunnels as in vertical deep wells.

\*\*\*

FIG. **4** illustrates another embodiment of the device **100,** wherein at least a portion of the carbon-sequestering bio-mass produced in the carbon-sequestering biomass incubator **102** can be processed in up to two different processes, namely, the biomass produced can be directed to physical-chemical treatment **200** and/or to an anaerobic digester **104.** In some embodiments, all of the biomass is directed to physical-chemical treatment **200.**

39.    FIG. 4 of the NeoChloris Patent depicts an embodiment of a portion of the carbon-sequestering biomass produced in the carbon-sequestering biomass incubator by two different processes, direct chemical treatment or through an anaerobic digester:



Fig. 4.

40.     The '895 Patent addresses how "[t]he biomass generated undergoes physical-chemical treatment 200, such as heating, acid and/or alkali treatment, maceration, enzymatic degradation, solvent extraction with chemicals or critical $CO_2$ and/or cell disruption via extreme pressure changes." The process "includes a heterotrophic carbon-sequestering biomass incubator" to support the biomass inventory which utilizes a heterotrophic process where carbon source is organic carbon instead of $CO_2$.

41.     The '895 Patent addresses the sequestering of $CO_2$ in a biomass by introducing a carbon source to a biomass incubator, metabolizing at least some of the carbon from the carbon source, and exposing the biomass incubator to a pressure imparted in a well.

## THE CEMVITA SUBSURFACE CARBON SEQUESTERING/UTILIZATION PROCESS AND GOLD H2 PROCESSES

42.     Cemvita produces sustainable oils from crude glycerol, $CO_2$, and other waste carbon streams. Cemvita utilizes the Cemvita Subsurface Carbon Sequestering/Utilization processes to obtain those results.



43.     Cemvita promotes on its website various processes:

Our carbon-negative technology enables industries to convert emissions into resources, seamlessly integrating $CO_2$ utilization into existing processes to reduce greenhouse gas emissions.  Our expertise in biochemical and microbial engineering helps sectors like energy, biofuels, and personal care manufacturing of carbon-neutral materials that meet essential environmental goals.

By omitting chemicals in the process, our solutions are cleaner, safer, cost-effective and more sustainable.  www.cemvita.com.

44.    Using the Subsurface Carbon Sequestering/Utilization Process and apparatus, Cemvita can modify microbes to turn oil and gas reservoirs into natural underground biorefineries.

45.    Cemvita employs microbes that can use carbon dioxide as a feedstock to produce methane gas.  Using synthetic biology, microbes can be optimized for desired characteristics.

46.    The process begins with capturing carbon from waste.  Cemvita utilizes customizable microbes that have the potential to produce biosurfactants, increase oil mobility, and split hydrocarbons into precursors for fuel and plastics.  Cemvita utilizes synthetic biology products pumped down an existing well to generate pressure and generate methane gas:



47.    Cemvita is working to efficiently produce sustainable fats, chemicals, and fuel feedstocks using its cutting-edge microbial suite and bioprocess design.  This process decreases

oil production costs and broadens the company's market portfolio by investigating the presence of high-value compounds within bioprocesses.

48.     Cemvita represents that "by embracing new concepts in biotechnology, we are helping companies' operations become more efficient and aligned with the natural world."

49.     Cemvita wrote a White Paper to the U.S. Department of Energy Hydrogen and Fuel Cell Technologies Office on November 14, 2022 in which it describes tests conducted in the Permian Basin on the Subsurface Carbon Sequestering/Utilization Process:

> Cemvita Factory, Inc. (Cemvita) is an industrial biotechnology company headquartered in Houston, Texas.  We have developed a biological pathway to convert petroleum into geologic hydrogen in-situ in the subsurface.  We recently completed a successful field trial of this biotechnology in the Permian Basin of west Texas, and will soon begin a second, larger field trial to pilot our technology on a larger scale.  Data from our first field trial indicates that we will have the capability to produce hydrogen in situ and extract it while the carbon dioxide by-product is sequestered downhole, resulting in a carbon intensity of nearly zero kgCO2e/kgH2.

50.     The Cemvita subsurface enclosed bioreactor is disclosed in UK Patent Application GB 2611123 A.  The application describes the process as follows:

> The present invention provides a method of increasing hydrogen production from an enclosed bioreactor, wherein the bioreactor is a subterranean formation or bioreactor landfill enclosure.  The method comprises providing a baseline reaction mixture in the underground bioreactor, wherein the baseline reaction mixture includes a hydrocarbon, water, and at least one microorganism; producing baseline microorganism data on identity and percentage of the at least one microorganism, relative to total percentage of microorganisms in the reaction mixture by DNA or RNA sequencing; measuring a baseline amount of hydrogen in a gas sample collected from the enclosed bioreactor; increasing hydrogen production from the enclosed bioreactor by forming a synthetic reaction mixture, where the mixture comprises additional microorganisms or hydrogen production enhancers; and harvesting the hydrogen from the enclosed bioreactor by separating the hydrogen and transferring into a hydrogen storage container.

51.     The UK Patent Application GB 2611123A describes the bioreactor: "The bioreactor subterranean formation may include a natural formation, non-natural formation, a

hydrocarbon-bearing formation, a natural gas-bearing formation, a methane-bearing formation, a depleted hydrocarbon formation, a depleted natural gas-bearing formation, a wellbore, or a combination thereof." The method describes the harvesting of carbon dioxide from the enclosed bioreactor by "forming an algal (phototrophic) biomass by reacting the carbon dioxide with an algae (phototrophic) reaction mixture in an algal (phototrophic) bioreactor, and pumping the algal (phototrophic) biomass into the reaction mixture of the enclosed bioreactor or a different enclosed bioreactor."

52.     The enclosed bioreactor is depicted in FIG. 1 of UK Patent Application GB 2611123A:



53.     The Cemvita subsurface enclosed bioreactor has a baseline reaction mixture in the underground bioreactor, wherein the baseline reaction mixture includes a hydrocarbon, water, and

at least one microorganism.  The process involves pumping the slurry of biomass plus water, nutrients, and inhibitor into the underground formation under pressure.

54.    Gold H2 utilizes Gold Hydrogen technology to transform old oil wells into hydrogen-generating assets.  Gold Hydrogen technology operates to permeate through reservoirs and activates microbial processes utilizing residual and immovable oil as a feedstock.  The process creates a hydrogen-rich mixed stream, which is produced through existing production wells.  Water is injected into the well, and hydrogen is routed to end-use applications.  Hydrogen can be delivered as clean molecules or clean electrons.

55.    The Gold Hydrogen process is a method for sequestering carbon in biomass.  The Gold Hydrogen sequestering process introduces carbon to a biomass incubator:



56.    The result is "gold hydrogen" and the recovery of biosurfactants that include proteins and carbohydrates.

57.    In a September 27, 2022 article, Cemvita explains how it successfully conducted a field test of the Gold Hydrogen process: "Cemvita's Successful Field Test Demonstrates Gold

Hydrogen™ Production in Situ.  To accelerate the clean energy transition, Cemvita taps existing oil and gas infrastructure to produce clean hydrogen at $1/kg using subsurface microbes."

58.     Cemvita has generated a carefully selected combination of bacteria and nutrients down the bore hole.  Once inside the well, the microbes began breaking down the residual oil hydrocarbons in there—dregs that would be unprofitable to extract—to generate hydrogen and $CO_2$. This field test in July, though small in scale, was a "huge success," says chief business officer Charles Nelson.

59.     Cemvita developed its technology using information it gained from NeoChloris.

60.     On or around August 6, 2018, NeoChloris was invited to participate in a project by the Department of Energy's National Renewable Energy Laboratory ("NREL") in response to an RFP issued by Ms. Renee Hodges, Project Coordinator of BHP Group Limited (a global mining company, "BHP").  NREL was interested in NeoChloris' algae sequestration/utilization technology that can be used to remediate radioactively contaminated groundwater at BHP's abandoned mine site in New Mexico and produce bioenergy.

61.     On or around February 8, 2019, NeoChloris attended the "Project Kickoff and Technology Review Meeting" in Santa Fe, New Mexico relating to the BHP project along with BHP project leadership.

62.     BHP was introduced to Mr. Stack and Dr. Kodukula of NeoChloris at the Project Kickoff Meeting.  Ms. Hodges was introduced to the subsurface sequestration/utilization technical information subject to the '895 Patent.

63.     At a later technology review meeting on or around April 16 through 19, 2019, in Grants, New Mexico, Mr. Stack and Dr. Kodukula of NeoChloris were introduced to Cemvita.

This meeting was also attended by BHP's Ms. Hodges and some other managers, including Marny Reakes (Ms. Reakes).

64.    During the technology review meeting in New Mexico on or around April 16, 2019, and at a later meeting in Houston, Texas, during 2019, Mr. Stack and Dr. Kodukula explained the technology implemented in the '895 Patent, including the following principles:

- Algae cultivation in underground "deep well" photobioreactors (PBRs) for decarbonization and biofuel production.
- Algae cultivation in pressurized above-ground PBRs.
- Biosorption and removal of metals using algae.
- Natural gas (methane) production by anaerobic treatment under pressure.
- Conversion of $CO_2$ to methane using hydrogen in anaerobic conditions under high pressure.
- Conversion of organic carbon to $CO_2$, methane, and other valuable products
- Drilling of deep-well subsurface reactors.
- Increase carbon sequestration using a biomass incubator.

65.    Moji Karimi and Tara Karimi of Cemvita attended the presentation in Grants, New Mexico.

66.    Renee Hodges ("Ms. Hodges") and Ms. Reakes signed a mutual NDA with NeoChloris.

67.    Representatives from Cemvita, including Moji Karimi and Tara Karimi, were provided with significant access to the operation and technology surrounding how algae can be cultivated in photobioreactors for decarbonization, biofuel production and conversion of $CO_2$ and other carbon sources to methane.

68.    Mr. Stack and Dr. Kodukula explained that elevating the pressure would increases $CO_2$ solubility and induces biological stress creating higher $CO_2$ uptake and biomass production.

69.     This same technology discussed by Mr. Stack and Dr. Kodukula at the New Mexico meeting is being used by Cemvita and Gold H2.  The operation and technology discussed during the 2019 time period are the same as the technology used in the Subsurface Carbon Sequestering/Utilization Process and the Gold Hydrogen process.

70.     Ms. Reakes and Ms. Hodges also attended the technology review meetings.  Ms. Reakes was the Managing Director, Head of Legacy Assets, of BHP Cooper Inc., and Ms. Hodges was Principal Improvement and Commercial Resource Center of Excellence and Legacy Assets at BHP.  Both Ms. Reakes and Ms. Hodges were provided with valuable information during the presentation and development of subsurface biomass-sequestered carbon.

71.      Ms. Reakes and Ms. Hodges were subsequently hired by Cemvita and placed in a design, development, and leadership positions.  Both were instrumental in the development of the Subsurface Carbon Sequestering/Utilization Process and the Gold Hydrogen process.

72.      Ms. Reakes has also been named as an inventor on several patent applications owned by Cemvita in the field of microbial hydrogen production from subterranean hydrocarbons including U.S. Published application 2024/0287642.

73.     On January 1, 2025, NeoChloris sent a letter via email and Federal Express to Moji Karimi, CEO of Cemvita Factory, Inc., accusing the Subsurface Carbon Sequestering/Utilization Process and the Gold Hydrogen processes of infringing certain claims of the '895 Patent.

74.     Plaintiff sent follow-up emails on February 27, 2025, and March 6, 2025.

75.     Cemvita never responded or showed a basis for not infringing the '895 Patent.

- 17 -

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 10,179,895 BY THE GOLD HYDROGEN PROCESS

76.     NeoChloris incorporates all prior allegations as set forth fully herein.

77.     This cause of action arises under the patent laws of the United States, and in particular, 35 U.S.C. § 271, et seq.

78.     NeoChloris is the owner of all right, title, and interest in the '895 Patent, including the right to exclude others and to enforce, sue and recover damages for past and future infringement.

79.     The '895 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

80.     Gold H2 makes, uses, offers to sell, and sells a line of products called the Gold Hydrogen process.  Gold H2 has directly infringed and continues to directly infringe one or more claims of the '895 Patent in this judicial District and elsewhere in Texas and the United States, including at least claims 1, 6-7, 9, 12-15, 17-18, 20-21 and 23 without the consent or authorization of NeoChloris, at least by or through its making, having made, offering for sale, selling and/or using the Gold Hydrogen process.

81.     Claim 20 of the '895 Patent reads as follows:

20. A method for sequestering carbon in a biomass, the method comprising:

introducing a carbon source to a biomass incubator, wherein the biomass incubator contains a biomass;

allowing the biomass contained within the biomass incubator to metabolize at least some carbon from the carbon source;

allowing the biomass to expand such that additional biomass is produced;

exposing the biomass contained within the biomass incubator to a pressure imparted by a vertical column of water in a well extending from ground level to at least at 50 meters below ground level; and

subjecting at least a portion of the biomass to physical-chemical treatment to recover fat, protein, or carbohydrate.

82.    Gold Hydrogen is a method for sequestering carbon in a biomass.



83.    The Gold Hydrogen process operates to introduce a carbon source to a biomass incubator, wherein the biomass incubator contains a biomass:



84.    The Gold Hydrogen process operates to "increase hydrogen production from an enclosed bioreactor, wherein the bioreactor is a subterranean formation or bioreactor landfill enclosure. The method comprises providing a baseline reaction mixture in the underground bioreactor, wherein the baseline reaction mixture includes a hydrocarbon, water, and at least one microorganism … and harvesting the hydrogen from the enclosed bioreactor by separating the hydrogen and transferring into a hydrogen storage container."   UK Patent Application GB 2611123.

85.    The Gold Hydrogen process introduces a carbon source to a biomass incubator, wherein the biomass incubator contains a biomass:



86.    The Gold H2 process includes a biomass incubator: "[t]he bioreactor subterranean formation may include a natural formation, non-natural formation, a hydrocarbon-bearing

formation, a natural gas-bearing formation, a methane-bearing formation, a depleted hydrocarbon formation, a depleted natural gas-bearing formation, a well bore, or a combination thereof."  GB 2611123.

87.    Gold H2 uses a carbon source from the subterranean hydrocarbons in the Gold Hydrogen process for microbial hydrogen production:



88.    The carbon source includes subterranean hydrocarbons, sequestered carbon, carbon byproducts, and recycled water.  The Gold Hydrogen process has "a baseline reaction mixture includes a hydrocarbon having 120 carbon atoms, water and a baseline amount of at least one microorganism."  GB 2611123.

89.    The Gold Hydrogen process functions to introduce a carbon source to a biomass incubator:



90.    The Gold Hydrogen process allows the biomass contained within the biomass incubator to metabolize at least some carbon from the carbon source: "B2G permeates through reservoirs and activates microbial processes utilizing residual and immovable oil as a feedstock."




91.    The Gold Hydrogen process allows the biomass contained within the biomass incubator to metabolize at least some carbon from the carbon source: "increasing hydrogen production from the enclosed bioreactor by forming a synthetic reaction mixture."  GB 26711123.

92.     The Gold Hydrogen process creates a hydrogen-rich and CO₂ rich mixed stream, which is produced through existing production wells:



93.     The Gold Hydrogen process allows the biomass contained in the biomass incubator to metabolize at least some carbon from the carbon source which includes residual hydrocarbons, carbon dioxide, microbes, nutrients, and chemicals including inhibitors.

94.     The Gold Hydrogen process allows the biomass to expand such that additional biomass is produced:



- 23 -

95.    The Gold Hydrogen process exposes the biomass contained within the biomass incubator to a pressure imparted by a vertical column of water in a well extending from ground level to at least at 50 meters below ground level:



96.    The Gold Hydrogen process uses "depleted oilwell with a wellbore and a well casing already in place such that the wellbore and well casing extend into a subterranean formation that has been substantially depleted of hydrocarbons. Attaching a valve assembly to the head of the wellbore such that the valves of the valve assembly can control what enters and leaves the well bore."



97.    The Gold Hydrogen process exposes the biomass contained within the biomass incubator to a pressure imparted by a vertical column of water in a well extending from ground level to at least 50 meters below ground level.  Wells of this type are known to include a vertical column of water (whether through seepage from the surrounding formation or injected from the surface), which can be further controlled at least by the referenced "Additive Liquid Pathway" noted in the diagram above and/or the "Injection System" noted in the diagram below.

98.    The Gold Hydrogen process "creates a hydrogen-rich mixed stream, which is produced through existing production wells."  Water is injected into the well to create a hydrostatic pressure in the well: "The production stream is separated, water is reinjected."



99.    At least a portion of the biomass is subjected to physical-chemical treatment to recover fat, protein, or carbohydrate:



Cemvita provides for the recovery of biosurfactants that include proteins and carbohydrates .

100.    In the Gold Hydrogen process, hydrogen can be delivered as clean molecules or clean electrons.

101.    Cemvita states that "the solvent free extraction process produces pure, high quality, lipids with versatile use cases."

102.    The Gold Hydrogen process satisfies each and every element of at least claim 20 of the '895 Patent.

103.    The Gold Hydrogen process satisfies each and every element of at least claims 1, 6-7, 9, 12-15, 17-18, 20-21 and 23 of the '895 Patent

104.    NeoChloris has complied with the notice provisions of 35 U.S.C. § 287.  Gold H2 has had notice of the '895 Patent and knowledge of its infringement thereof since at least January 13, 2025.

105.    Gold H2 has been aware of the '895 Patent and its infringement thereof, yet it has continued its unlicensed and unauthorized infringement with no regard to the '895 Patent or NeoChloris' rights under the '895 Patent.

106.    NeoChloris has been damaged because of Gold H2's infringing conduct described in this Count.  Gold H2 is liable to NeoChloris in an amount that adequately compensates it for Gold H2's infringement, which, by law cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court, under 35 U.S.C. § 284.

107.    Gold H2 has committed direct infringement as alleged in Count I at least through the making, use, sale, and/or offer for sale of the infringing Gold Hydrogen process.

108.    Gold H2 has induced infringement as alleged in Count I through inducing the use of the infringing gold Hydrogen process by at least Cemvita and/or Cemvita's customers.

109.    Gold H2's infringement of the '895 Patent has been willful, deliberate, and objectively reckless.

110.    The actions of Gold H2, complained about herein, will continue unless they are enjoined by this Court.

111.    The infringement of the '895 Patent by Gold H2 has been such that merits an award of enhanced damages under 35 U.S.C. §284.  Gold H2 has engaged in infringement of NeoChloris' patented technology.  Gold H2 has continued to infringe the '895 Patent despite an objectively high likelihood that its actions constitute infringement of the '895 Patent and a subjective knowledge or obviousness of such risk.

112.    This case is exceptional pursuant to the provisions of 35 U.S.C. § 285.

### COUNT II – INFRINGEMENT OF U.S. PATENT NO. 10,179,895 BY THE SUBSURFACE CARBON SEQUESTERING/UTILIZATION PROCESS

113.    NeoChloris incorporates all prior allegations as if set forth fully herein.

114.    This cause of action arises under the patent laws of the United States, and in particular, 35 U.S.C. § 271, et seq.

115.    NeoChloris is the owner of all right, title, and interest in the '895 Patent, including the right to exclude others and to enforce, sue and recover damages for past and future infringement.

116.    The '895 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

117.    Cemvita makes, uses, offers to sell, and sells a line of products called the Subsurface Carbon Sequestration/Utilization process.

118.    Cemvita has directly infringed and continues to directly infringe one or more claims of the '895 Patent in this judicial District and elsewhere in Texas and the United States, including at least claims 1, 6-7, 9, 12-15, 17-18, 20-21 and 23 without the consent or authorization of NeoChloris, at least by or through its making, having made, offering for sale, selling and/or using the Subsurface Carbon Sequestering/Utilization Process.

119.    Claim 20 of the '895 Patent reads as follows:

20. A method for sequestering carbon in a biomass, the method comprising:

introducing a carbon source to a biomass incubator, wherein the biomass incubator contains a biomass;

allowing the biomass contained within the biomass incubator to metabolize at least some carbon from the carbon source;

allowing the biomass to expand such that additional biomass is produced;

exposing the biomass contained within the biomass incubator to a pressure imparted by a vertical column of water in a well extending from ground level to at least at 50 meters below ground level; and

subjecting at least a portion of the biomass to physical-chemical treatment to recover fat, protein, or carbohydrate.

120.    The Subsurface Carbon Sequestration process is a method for sequestering carbon in a biomass.



121.    The Subsurface Carbon Sequestration process operates to increase "hydrogen production from an enclosed bioreactor, wherein the bioreactor is a subterranean formation or bioreactor landfill enclosure." The method comprises providing a baseline reaction mixture in the underground bioreactor, wherein the baseline reaction mixture includes a hydrocarbon, water, nutrients, and at least one microorganism.

122.    The Subsurface Carbon Sequestration process operates to "increase hydrogen production from an enclosed bioreactor, wherein the bioreactor is a subterranean formation or bioreactor landfill enclosure. The method comprises providing a baseline reaction mixture in the underground bioreactor, wherein the baseline reaction mixture includes a hydrocarbon, water, and at least one microorganism … and harvesting the hydrogen from the enclosed bioreactor by separating the hydrogen and transferring into a hydrogen storage container."   UK Patent Application GB  2611123.

123.    The Subsurface Carbon Sequestration process introduces a carbon source to a biomass incubator, wherein the biomass incubator contains a biomass:



124.    The Subsurface Carbon Sequestration process includes a biomass incubator: "[t]he bioreactor subterranean formation may include a natural formation, non-natural formation, a hydrocarbon-bearing formation, a natural gas-bearing formation, a methane-bearing formation, a depleted hydrocarbon formation, a depleted natural gas-bearing formation, a well bore, or a combination thereof."  GB 2611123.

125.    The Subsurface Carbon Sequestration process, a carbon source, is introduced to a biomass incubator, wherein the biomass incubator contains a biomass:




126.    Cemvita uses a carbon source.  The carbon source includes carbons, carbon byproducts and recycled water.

127.    The Subsurface Carbon Sequestration process allows the biomass contained within the biomass incubator to metabolize at least some carbon from the carbon source:



128.    The Cemvita Subsurface Carbon Sequestration process allows the biomass contained in the biomass incubator to metabolize at least some carbon from the carbon source which includes residual hydrocarbons, carbon dioxide, microbes, nutrients, and chemicals including inhibitors.

129.    The Subsurface Carbon Sequestration process allows the biomass to expand such that additional biomass is produced:



130.    Cemvita states that: "Once placed in an underground reservoir, these microbes can reduce $CO_2$ emissions from the oil and gas recovery process while simultaneously increasing natural gas production."

131.    The specification of the '895 Patent states the same: "$CO_2$ in the digestion liquor is increased and more $CO_2$ is converted to methane by the anaerobic bacteria."

132.    The Subsurface Carbon Sequestration process exposes the biomass contained within the biomass incubator to a pressure imparted by a vertical column of water in a well extending from ground level to at least at 50 meters below ground level.

133.    In the White Paper dated November 14, 2022, Cemvita states that it is using abandoned oil well shafts that extend more than 50 meters deep to implement the process:

In the process of doing so, we will be able to eliminate those fugitive methane emissions by repurposing the wells for hydrogen production, capturing any methane produced during the process, and pairing on-site gas turbine power generation with carbon capture, utilization and/or sequestration to produce clean electricity that enhances overall project economics.

134.    The Subsurface Carbon Sequestration process uses "depleted oilwell with a wellbore and a well casing already in place such that the wellbore and well casing extend into a subterranean formation that has been substantially depleted of hydrocarbons.  Attaching a valve assembly to the head of the wellbore such that the valves of the valve assembly can control what enters and leaves the well bore."



135.    In the Subsurface Carbon Sequestration process, the biomass is exposed to a pressure imparted by a column of water in a well extending from ground level to at least 50 meters below ground level:



Wells of this type are known to include a vertical column of water (whether through seepage from the surrounding formation or injected from the surface), which can be further controlled at least by the referenced "Additive Liquid Pathway" noted in the diagram above in Paragraph 134.

136.    In the Subsurface Carbon Sequestration process, at least a portion of the biomass is subject to physical-chemical treatment to recover fat, protein, or carbohydrate:



137.    Cemvita states that "the solvent free extraction process produces pure, high quality, lipids with versatile use cases."

138.    The Subsurface Carbon Sequestration process satisfies each and every element of at least claim 20 of the '895 Patent.

139.    The Subsurface Carbon Sequestration process satisfies each and every element of at least claims 1, 6-7, 9, 12-15, 17-18, 21 and 23 of the "895 Patent.

140.    NeoChloris has complied with the notice provisions of 35 U.S.C. § 287.  Cemvita has had notice of the '895 Patent and knowledge of its infringement thereof since at least January 13, 2025.

141.    Cemvita has been aware of the '895 Patent and its infringement thereof, yet it has continued its unlicensed and unauthorized infringement with no regard to the '895 Patent or NeoChloris' rights under the '895 Patent.

142.    NeoChloris has been damaged because of Cemvita's infringing conduct described in this Count.  Cemvita is liable to NeoChloris in an amount that adequately compensates it for the infringement by Cemvita, which, by law cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court, under 35 U.S.C. § 284.

143.    Cemvita has committed direct infringement as alleged in Count II at least through the making, use, sale, and/or offer for sale of the infringing Subsurface Carbon Sequestration process.

144.    Cemvita has induced infringement as alleged in Count II at least through inducing the use of the infringing Subsurface Carbon Sequestration process by at least Cemvita and/or Cemvita' customers.

145.    Cemvita's infringement of the '895 Patent has been willful, deliberate, and objectively reckless.

146.    The actions of Cemvita complained of herein will continue unless they are enjoined by this Court.

147.    Cemvita's infringement of the '895 patent has been such that it merits an award of enhanced damages under 35 U.S.C. §284.  Cemvita has engaged in infringement of NeoChloris' patented technology.  Cemvita has continued to infringe the '895 Patent despite an objectively high likelihood that its actions constitute infringement of the '895 Patent and a subjective knowledge or obviousness of such risk.

148.    This case is exceptional pursuant to the provisions of 35 U.S.C. § 285.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, NeoChloris Holding LLC, requests that this Court find in its favor and against Defendants, Cemvita, Inc. and Gold H2, and grant Plaintiff the following relief:

A.    That Judgment be entered that one or more of the Defendants have infringed each of the claims asserted at trial of the "895 Patent, literally or under the doctrine of equivalents;

B.    A judgment that the claims of the '895 Patent are valid and enforceable;

C.    A permanent injunction enjoining one or more of the Defendants, their agents, officers, assigns, and any and all others acting in concert with them, from infringing and/or inducing infringement of the '895 Patent;

D.    That, in accordance with 35 U.S.C. § 283, Defendants and all affiliates, employees, agents, officers, directors, attorneys, successors, and assigns and all those

acting on behalf of or in active concert or participation with any of them, be preliminarily and permanently enjoined from (1) infringing the '895 Patent and (2) making, using, selling, and offering for sale the Gold Hydrogen and Subsurface Carbon Sequestration processes;

E.      An award of damages, sufficient to compensate Plaintiff for Defendants' infringement under 35 U.S.C. § 284, including an award of enhanced damages up to three times the amount found or assessed;

F.      That the case be found exceptional under 35 U.S.C. § 285 and that Plaintiff be awarded its attorneys' fees;

G.      Costs and expenses in this action;

H.      An award of prejudgment and post-judgment interest; and

I.      Such other and further relief as the Court may deem just and proper.

## REQUEST FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury.

Dated: September 4, 2025

Respectfully submitted,

*/s/  Michael S. Dowler*
Michael S. Dowler
Park, Vaughan, Fleming & Dowler LLP
Texas State Bar No. 783979
Southern District of Texas Bar No. 15607

1980 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
mike@parklegal.com
713-443-6866


_/s/  Dean D. Niro_
Dean D. Niro (_pro hac vice_ forthcoming)
Patrick F. Solon (_pro hac vice_ forthcoming)
Nicholas D. Niro (_pro hac vice_ forthcoming)
Vitale, Vickrey, Niro, Solon & Gasey LLP
311 S. Wacker Drive, Suite 2200
Chicago, IL 60606
(312) 236-0733
dniro@vvnlaw.com
solon@vvnlaw.com
nniro@vvnlaw.com

_Counsel for Plaintiff NeoChloris Holding LLC_